IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CR 117-067 |
| TIMOTHY LEONARD ELLISON, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Defendant Ellison's "Motion for Defendant to Surrender Himself Locally." (Doc. 58.) Upon due consideration, Defendant Ellison's motion (doc. 58) is **DENIED**. As previously provided in the Judgment entered against Defendant Ellison, Defendant Ellison "**SHALL** surrender for service of sentence at the institution designated by the Bureau of Prisons . . . **before 2 p.m. on Monday, July 30, 2018.**" (See Doc. 54, at 2 (emphasis added).)

**ORDER ENTERED** at Augusta, Georgia, this 26th day of July, 2018.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA