IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR117-067 |
| | ) | |
| TIMOTHY LEONARD ELLISON | ) | |

## **ORDER**

The defendant, Timothy Leonard Ellison, was sentenced by this court on June 28, 2018 and is now in the custody of the Bureau of Prisons. Surety, Linda Ellison, has requested the return of the $500.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $500.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Linda Ellison at 140 E. Ellison Bridge Road, Sardis, Georgia 30456.

This 21st day of August, 2018 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA